JUDGE CEDARBAUM

08 CV 5060

142-08/ROSS

REEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff EMARAT MARITIME LLC
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
James L. Ross (JR 6411)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
EMARAT MARITIME, LLC,,

                      Plaintiff,

-  against –

BULK MARINE LTD. BVI a/k/a BULK MARINE
LTD., HONG KONG a/k/a BULK MARINE HONG
KONG,

                              **RULE 7.1 STATEMENT**

                      Defendant.
-----------------------------------------------------------x



     Plaintiff, EMARAT MARITIME, LLC, by and through its attorneys Freehill, Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private party, that has no corporate parents and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       June 3, 2008

                                   FREEHILL HOGAN & MAHAR, LLP
                                   Attorneys for Plaintiff EMARAT MARITIME LLC
                     By: _____
                          James L. Ross (JR 6411)
                          80 Pine Street
                          New York, NY 10005
                          (212) 425-1900
                          (212) 425-1901 fax

NYDOCS1/305650.1