142-08/ROSS
REEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff EMARAT MARITIME LLC
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
James L. Ross (JR 6411)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
EMARAT MARITIME, LLC,,

                          Plaintiff,

  - against –

BULK MARINE LTD. BVI a/k/a BULK MARINE
LTD., HONG KONG a/k/a BULK MARINE HONG
KONG,

08 CV 5060 (MGC)

**ENTRY OF APPEARANCE**

                          Defendant.
-------------------------------------------------------------x
SIRS:

     Please enter the appearance of the undersigned as co-counsel on behalf Plaintiff to receive ECF notices in this matter. I certify that I am admitted to practice in this Court.

Dated: New York, New York
        July 10, 2008

                          FREEHILL HOGAN & MAHAR, LLP
                          Attorneys for Plaintiff

                          By: _____
                             Pamela L. Schultz (PS 8675)
                             80 Pine Street
                             New York, NY 10005
                             (212) 425-1900

NYDOCS1/308365.1