UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EMARAT MARITIME LLC,                       :

                                Plaintiff,   :   ECF CASE

      -against-                                            :   08 Civ. 5060 (MGC)

BULK MARINE LTD. BVI a/k/a BULK            :   NOTICE OF RESTRICTED
MARINE LTD., HONG KONG a/k/a                   APPEARANCE PURSUANT TO
BULK MARINE HONG KONG,                         SUPPLEMENTAL RULE E(8)
                              Defendant.   :
------------------------------------------------------------x

        Claimant BULKMARINE (BVI) LIMITED, by and through undersigned counsel, Cardillo & Corbett, hereby enters a restricted appearance in this matter pursuant to Supplemental Rule E(8) of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Dated: New York, New York
       July 25, 2008

                                             CARDILLO & CORBETT
                                             Attorneys for Defendant
                                             BULKMARINE (BVI) LIMITED

                                         By: _____
                                            Tulio R. Prieto (TP 8455)
                                            29 Broadway
                                            New York, New York 10006
                                            Tel.: 212-344-0464
                                            Fax: 212-797-1212